**BURSOR & FISHER, P.A.**
Joel D. Smith (SBN 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: jsmith@bursor.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGARET PRZYWARA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIVE9, INC.,<br><br>Defendant. | Case No. 3:23-cv-01757-AMO<br><br>Hon. Araceli Martinez-Olguin<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, THE CLERK, AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have reached a tentative settlement in the above-captioned matter and are in the process of documenting the agreement. It is anticipated that a request for dismissal will be filed within sixty (60) days of the Date of this Notice.

DATED: July 31, 2023

Respectfully submitted

**BURSOR & FISHER, P.A.**

By: _/s/ Joel D. Smith_
Joel D. Smith

Joel D. Smith (SBN 244902)
1900 North California Blvd, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: jsmith@bursor.com

*Attorneys for Plaintiff*